UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> BROCK POWELL and COURTNEY FAYE POWELL d/b/a SHIRLEY'S NEIGHBORHOOD TAVERN, <br><br> Defendants. | CASE NO.: 3:24-cv-05005-MDH |

## ORDER

Upon consideration of Plaintiff's Motion for Final Default Judgment, the accompanying Memorandum of Points and Authorities in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants Brock Powell and Courtney Faye Powell d/b/a Shirley's Neighborhood Tavern (hereinafter "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendants; that Defendants exhibited the broadcast, including all undercard bouts and commentary, of *Ultimate Fighting Championship® 257: Poirier vs. McGregor 2* on January 23, 2021, without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

1

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Judgment by default be entered in favor of Plaintiff and against Defendants Brock Powell and Courtney Faye Powell d/b/a Shirley's Neighborhood Tavern.

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants in the amount of $10,000.00.

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants in the amount of $20,000.00.

4. That Plaintiff recover attorneys' fees in the amount of $1,500.00 relating to the prosecution of this matter.

5. That Plaintiff recover costs in the amount of $545.00 relating to the prosecution of this matter.

6. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at the statutory rate from the date of this Judgment until paid.

7. This judgment is a final judgment.

**IT IS SO ORDERED**.

DATED: June 10, 2024

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**